Warner
v.
Harvey.

default for not pleading, which was now moved to be set aside as irregularly entered.

BY THE COURT. The default was irregularly entered ; the defendants were not bound to serve the peremptory order for any purpose but to *non-pross* the plaintiff. The portion of the original order that in the meantime all proceedings on the part of the plaintiff stay, continues and is operative until the delivery of the bill of particulars, if a peremptory order be granted.

------

### WARNER *vs.* HARVEY.

On a motion for a commission to examine witnesses, an affidavit of merits is necessary only when the party asks for a stay of proceedings until the return of the commission.

October 4.

ON a motion for a commisssion to examine witnesses, it was objected that the defendant did not swear to a good and substantial defence, to which it was answered that the party did not ask for a stay of proceedings, and, that in such case, he need not swear to a defence.

BY THE COURT. An affidavit of merits on an application of this kind is not necessary, unless the party asks for a stay of proceedings until the return of the commission.